UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Andrea D. Bergman |
| v. | : | Magistrate No. 24-1031 |
| ADAM AHEDO | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Philip R. Sellinger, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. 7492638 against defendant Adam Ahedo, which was filed on February 5, 2024, charging him with obstruction of mail, for the reason that prosecution of defendant Adam Ahedo is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice and is pending the successful completion by defendant Adam Ahedo of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
Philip R. Sellinger
United States Attorney

Leave of Court is granted for the filing of the
foregoing dismissal.

_____
HON. ANDREA D. BERGMAN
United States Magistrate Judge

Dated: 7-25-24